# EXHIBIT 21

Declaration of Allison Melton
(July 2019)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

HIGH COUNTRY CONSERVATION ADVOCATES, et al.,

      Plaintiffs,

v.

UNITED STATES OFFICE OF SURFACE MINING,
CONTROL, RECLAMATION AND ENFORCEMENT, et al.

      Defendants.

---

## DECLARATION OF ALLISON N. MELTON

---

I, Allison N. Melton, make this declaration based upon my personal knowledge and belief and state:

1.      I reside in Crested Butte, Colorado.  I am 33 years old and competent to testify.

2.      I am a member of High Country Conservation Advocates (HCCA), a plaintiff in this case.  I am also a former HCCA employee.  My work entailed seeking to avoid, minimize, and mitigate impacts to public lands and resources within Gunnison County.

3.      I am also a member and employee of the Center for Biological Diversity ("the Center").  I began my employment with the Center mid-April 2017 as a staff attorney in the public lands program.  At the Center, I work to protect public lands and the habitat they provide for wildlife species, including endangered and threatened wildlife and their critical habitats.

4.      I have long supported the missions of both HCCA and the Center, personally and professionally.

## CENTER FOR BIOLOGICAL DIVERSITY

5.      Plaintiff the Center is a nonprofit, 501(c)(3) organization founded in the 1990s that is based in Tucson, Arizona.  The Center also has offices in Denver and Crested Butte, Colorado.  The Center has over 69,500 members and supporters, many of whom live and recreate in western Colorado.  Since its founding, the Center has been dedicated to protecting and restoring imperiled species and natural ecosystems.  The Center uses science, policy, and law to advocate for the conservation and recovery of species on the brink of extinction and the habitats they need to survive.  The Center has and continues to actively advocate for increased protections for species and their habitats in Colorado.

6.      The Center's effort to protect critical ecological and biological values includes our work on climate change.  Our climate is at a tipping point, and to

ensure a livable planet for all creatures and to achieve the Center's organizational

mission, carbon pollution, including coal, must be radically reduced.

## OSM'S 2019 MINE PLAN MODIFICATIONS FOR WEST ELK COAL MINE

7.      I am generally familiar with the U.S. Office of Surface, Mining,

Control, Reclamation and Enforcement's May 2019 authorization of two mine plan

modifications for the West Elk Coal Mine's Coal Lease Modifications COC-1362

and COC-67232, which will permit the West Elk Mine to expand into the Sunset

Roadless Area to build roads and methane venting pads on public and private lands

and to extract publicly-owned coal beneath those lands.

8.      I have reviewed OSM's March 2019 Record of Decision, which OSM

issued without holding a formal public comment period to allow the public to

adequately review and comment on the proposed mine plan modifications.

9.      According to OSM's Record of Decision, the mine plan modifications

authorize Arch to construct 38 methane venting pads and 6.9 miles of roads on

public lands within the Sunset Roadless Area.  OSM, Record of Decision, p. 21

(March 2019).  The mine expansion also includes 5 additional methane venting

pads and 1.5 additional miles of roads on private lands.  Id.

10.     The Record of Decision states that "OSMRE estimates that the MVB

pads and temporary roads will result in the loss of approximately 40 acres of aspen,

29 acres of oak, and 4 acres of shrub types" – totaling 73.5 acres of forest that will be bulldozed to allow Arch Coal to build its roads and methane venting pads. OSM, Record of Decision, pp. 21-22 (Mar. 2019).

11.     It is my understanding that Arch Coal has already constructed some of the roads and well pads associated with this expansion, as those were authorized by prior lease and exploration plans approved by the U.S. Forest Service and Bureau of Land Management.

12.     In December 2017 and March 2018 I prepared similar declarations related to the West Elk Mine's lease amendments and a related U.S. Forest Service rulemaking that allowed roads in this otherwise protected area of Colorado.

**MY USE OF THE SUNSET ROADLESS AREA**

13.     I am familiar with the location of the West Elk Mine and its planned expansion.  The West Elk Mine includes a number of industrial facilities, including parking lots, a coal processing plant, conveyer belts, silos, artificial ponds, and piles of coal and waste located on land adjacent to Colorado State Highway 133 just east of Somerset, Colorado.  The area where mining is authorized by OSM's recent mine plan modifications is more than 5 miles to the southeast of these facilities, within the Sunset Roadless Area on public lands in the Gunnison National Forest.  The area is in the North Fork Valley of the Gunnison River

watershed, about 8 miles east of Paonia.  This area is also within the central portion of the Sunset Roadless Area.  Directly adjacent to the east side of the Sunset Roadless Area and the Lease Modifications area is the Congressionally-designated West Elk Wilderness.  Towering directly over the Sunset Roadless Area is Mount Gunnison, a 12,700-foot peak.  Exhibit A.[1]  Colorado Route 12, (Kebler Pass Road), Marcellina Mountain in the Raggeds Wilderness (Exhibit B), and East and West Beckwith mountains are several miles to the east.

14.     I am familiar with the location of the lands to be impacted by OSM's mine plan modifications.  OSM's mine plan Record of Decision did not include a map, but I am very familiar with the proposed mine expansion and the various federal approvals that have preceded OSM's decision.  I understand that these lands within the Sunset Roadless Area will be impacted by road construction, methane well drill-pad clearing, and the digging of slurry pits for drilling wastes, and emissions of methane and other pollutants from the mine's methane venting pads.

15.     I personally use and enjoy the lands within the Sunset Roadless Area, including those near the proposed area of the mine expansion authorized by OSM's

---

[1] I took all the photographs attached as Exhibits in the spring of 2013 and fall of 2014.  Photos taken on more recent trips between 2015 and 2018 were lost in a hard drive crash.

mine plan modification.  I have visited the lands within and immediately adjacent to this area at least once a year over the last six years.  My most recent trips to the roadless forest was in late June 2017 and late June 2018.  I greatly enjoy visiting the towering spruce-fir forests and quaking aspen galleries in the spring and the fall and hope to have many more opportunities to visit this area in its wild state.  My reason for returning to these lands year after year is because they provide me with what I hope to experience when I visit National Forest lands near my home: hikes in pristine nature, filled with abundant wildlife, wildflowers, and escape the everyday noise and bustle of life.

16.     Getting out into remote forests allows me to contemplate and reflect on my personal and professional life, philosophize, and connect with nature.  One of the reasons I live in Crested Butte is the availability of roadless and wilderness areas where I can have such experiences. Being surrounded by public lands, I am fortunate to explore roadless and wilderness areas often.  My National Forest lands in the North Fork the Gunnison River also provide me with nearby opportunities to extend my hiking season.  Often, where I live may not be melted out as soon or is covered in snow earlier than other nearby public lands, thus I seek out lower elevations, like the Sunset Roadless Area to extend my hiking and camping season.  My visits to this area of the Gunnison National Forest are always touched with a

tinge of sadness as it is impossible to forget that my use of these lands is threatened and could be lost for the rest of my life.

17.     The first year I visited the Sunset Roadless Area, I accessed it from the west on the Minnesota Creek Road.  On each trip since then, I have traveled the same way to access the roadless forests.  Approaching the area from this road brings me through National Forest land that is heavily scarred from recent and ongoing damage from roads and methane drainage wells serving the West Elk Mine.  The impacts to the land are always obvious due to the extensive road network in what otherwise would be a continuous scrub oak and aspen forest and the methane drainage well pads that are gouged into the hillsides.  The bare dirt on steeply cut slopes, flattened drainage well pad sites, and the steep grades immediately downgradient from the pad sites is a stark contrast to what the forest looks like where it is undisturbed.  <u>See</u> photos in Exhibit C.  Often I feel like the network of roads and well pads looks like a massive reddish-brown spider web fragmenting plant life and scenery.  <u>Id.</u>; <u>see also</u> third photo of Exhibit I.  Drill rigs are often visible and their constant whines often audible.  All this industrial activity is not what I seek out when I go to the Sunset Roadless Area—rather it is what I must pass through to reach the threatened pristine lands that I hope to visit in their wild state for years to come.

18.     Because it is impossible to access the Sunset Roadless Area from Minnesota Creek Road without observing the impacts methane venting has on National Forest land at the West Elk Mine, I know methane venting and the construction of drill pads requires extensive road construction, pad clearing, and heavy equipment activity.  In addition to the surface impacts if the nearly continuous venting of methane and other pollutants into the air.  I see and hear very little wildlife in these areas, less than I would expect to observe in roadless or undisturbed areas with similar habitat.  Seeing these impacts first-hand demonstrated that even once drilling and methane venting in an area may be done, the impacts on the land are longstanding.

19.     On my June 2013 trip, I hiked into the Sunset Roadless Area in and near the upper reaches of Lick Creek.  This area is within an area covered by Lease Modification COC-1362.  I remember how unique this forest was, particularly compared to the aspen forests closer to my home in Crested Butte.  Here, the aspen forest's understory is almost jungle-like, reminding me more of a temperate rainforest than a Southern Rocky Mountains aspen forest in Colorado.  Bird songs (including that of the melodious and reclusive hermit thrush) filled the air while aspen seeds embedded in cottony fluff slowly drifted down through the forest, lightly coating the shoulder high understory, columbines, and ferns.  Here, there

was no sound or visual impact of the industrial development resulting from the Mine.  Here, it was remote, quiet, peaceful, serene, and scenic.  Photos I took of this area in 2013 are attached in Exhibit D.  Aside from the bright-pink flagging tape and pockets of aspen numbered with spray-paint, and a single old trail I crossed, there was little to no evidence of human impact.  Exhibit E.  During much of my hours-long hike into the Sunset Roadless Area, I could see and follow the flagging tape.  The road building and methane venting pad construction authorized in part by OSM's issuance of the mine plan modifications will severely damage the forest, the wildflowers, the sense of quiet, and the experience of recreating in a remote, wild area.  Thinking about the devastation exploration and development threatens to bring to this area always makes my heart sink.  I know that the construction and development from the approved agency actions will damage, degrade, or eliminate the wild, natural values of this part of the Sunset Roadless Area for years and decades to come having seen first-hand, year after year, the long-lasting impacts road building and methane drainage well development has on the landscape.  I believe it is very likely that these recreational, forest, and wildlife values would be permanently lost for the rest of my life time, and likely well beyond should they occur.  I will be less likely to visit this area on my next trip,

9

and would surely enjoy the area less if I did visit it, if Arch Coal's expansion goes forward as planned.

20.     After returning from this hike, I drove further east to begin another hike into the Sunset Roadless Area, to reach the high bench next to the West Elk Wilderness.  Lease Modification COC-67232 overlaps some of this part of the Roadless Area.  It is my understanding that Arch Coal intends to construct roads, flatten areas for drilling pads, and dig slurry pits here as well.  After traveling through a thick aspen forest, passing a campsite that is often in use or has signs of recent use, I start on the trail that is marked on maps as the "Sunset Trail" and enter the Sunset Roadless Area.  This approach often graces me with bright-purple hip-high lupines, if I am visiting in the spring, or signs of fall, with leaves turning red and brown while the surrounding quaking aspens are a crisp, bright yellow. *See* photo at Exhibit F.

21.     One of my favorite sights is a large meadow with cascading beaver ponds that the aspen forest opens up to just a short way down the trail.  This meadow is ever changing from busy beavers.  In 2013, a recently breached beaver dam made the lower beaver pond a muddy footprint that held minimal water.  The following year, in 2014, I reveled at seeing this lower pond brimming with water, reflecting the perfect fall aspens and clear blue sky, while two beavers swam

around to their hearts' content.  On my last visit to this area in late June 2017,

evidence of another breach was apparent.  Perhaps realizing the lower ponds' dam

cannot be effectively reinforced to prevent continued breaches, the beavers seemed

to have abandoned the lower pond in favor of expanding one of the higher ponds in

the meadow.  In this meadow I also enjoy the scenic view of Mount Gunnison.

Photos I have taken of this area are attached as Exhibit G.

22.     One of my favorite things to do when I explore my Colorado forests is

to hike off trail.  It is the best way to see wildlife and rely on my outdoor skills,

such as map navigating, route finding, and resurrect intuitive senses such as of

direction and time.  Photos of some of the tallest and widest aspens I have ever

seen are in the Sunset Roadless Area, and are included here at Exhibit H.  One

finds spruce trees so large that I cannot even wrap my arms around them, and I do

not recall any other places in our Colorado National Forests where I have seen

such ancient trees.  Bear scat, claw marks on trees, and what appeared to be antler

rub marks often surrounds the area.   Id.

23.     I have repeatedly enjoyed walking a short distance from one of the

sites Arch planned for coal mine exploration to the edge of a geologic slump, an

extraordinary feature in the Sunset Roadless Area near the headwaters of Deep

Creek.  Photos I took of the area are attached as Exhibit I.  In some years, shortly

after passing through a second meadow after the beaver ponds meadow, I have taken a harder turn to the northwest.

24.     When visiting the slump from its western side I have observed a large clump of soil and trees teetering over the edge.  To me, this demonstrates the fragility and continuous erosion to which this area is susceptible.  My best guess is that the cliff drop from the top of the slump is well over a three-hundred feet.  The cliff exposes the varying geologic makeup of the land allowing me to see the multiple layers that are under my own feet as I gaze over the slump.  I have seen what I believe are hawks flying over the void, floating on thermals and circling with ease over the area where the land has already given way.  Scanning the far edge of the Raggeds mountain range to the east, is where I first realized that this place, as well as the place the aspen forest in the near the upper reaches of Lick Creek—which is in imminent peril—both provided me with what I always hope to find when I explore a place like the Sunset Roadless Area: hikes in pristine nature, filled with abundant wildlife and wildflowers; escape from the everyday noise and bustle of life; and the opportunity to be in remote nature, contemplate, and reflect. It is for these reasons that I have continued to come back and visit the Sunset Roadless Area at least annually and intend to visit for years to come.

12

25.     After visiting the slump, I like to hike to an overlook just to the west that provides a scenic vantage point of the surrounding lands.  I have fond memories of relaxing and enjoying well-deserved snacks with friends as we gaze out on the unsurpassed view of western slope horizons.  I enjoy the northward views from this vantage point where it is easy to identify Pilot Knob, the namesake for the Pilot Knob roadless area, and the lands to the south of the Knob, including areas of the Pilot Knob Roadless Area that are within the North Fork Coal Mining Exception Area.  Sometimes bright green aspen leaves flutter in the gentle breeze.  Other times the leaves are a mix of golden yellow and countered by the bright red and orange of changing scrub oak.  This spot also, however, provides a shock when I look west as I see the sprawling reddish-brown spider-web of methane drainage well pads that have continued to creep ever closer to the Sunset Roadless Area over the last five years.  Id.  This visual is a harsh reminder that the scenic beauty, naturalness, and wild nature of the area could be lost for the rest of my life and likely beyond should these activities extend, as planned, in close vicinity of the slump as well as within the northern viewshed in the Pilot Knob area.  Such expansion of the coal mine related activities will harm my enjoyment of this area.

26.     I intend to visit the Sunset Roadless Area again in August or September 2019 and look forward to continuing my visits for years to come.  I am

saddened that many of the areas I have previously enjoyed will be impacted by the now approved mine plan activities, including a road right along the ridge at the base of the West Elk wilderness that I have enjoyed viewing in its pristine and undisturbed form.

27.     When I camp out near the Sunset Roadless Area I often think of the destruction and damage that may occur in the Sunset Roadless Areas I hike in and it makes me sad and frustrated.  There are relatively few places when we look at the entire area of the United States that provide us with opportunities to recreate in remote, quiet, serene, and scenic public lands; to observe wildlife and wildflowers in native habitat; to escape the everyday bustle and noise we are continually confronted with in modern society.  These places are also critical for providing wildlife habitat without unrelenting human interference.  To see that one of these few places left stands to be lost, demonstrates our failure to fully consider the costs of our actions and to fully appreciate that value of untouched and roadless lands for our environment, our own physical and mental health, and the wildlife that call these forests home.

28.     Although on my June 22, 2018 visit I could not visit all of my favorite spots within the Sunset Roadless Area (like the beaver ponds), I did return to the western area of the roadless forest where Arch was commencing exploratory

activities.  On this trip I traveled along what in previous years had been unroaded

forest and arrived at a freshly scrapped exploratory well-pad.  All that remained of

the aspen gallery that had recently graced the pad site were their uplifted carcasses

piled on one another at the edges of the pad.  See photo that I took below.  I was

saddened to see these beautiful, old trees destroyed and know that it will take well

beyond my life-time for the scars of this damage to ever be repaired.  It is with a

heavy heart that I look forward to my planned trip this fall, as I know that unless

the court grants the requested preliminary injunction, I will see only more damage

and destruction in areas of the forest that I have greatly enjoyed in their intact and

wild state.



29.     During my 2018 trip, we also traveled to an overlook point where we

could readily see the lands at the western base of the roadless area and into the area

of the forest that would be carved up by roads and well pads.  The uninterrupted

rolling forest still stands out in my mind as it was like a soft green blanket that was

only stopped by Mount Gunnison's boulder and scree fields.  See photo below that

I took from this vantage point.



30.     I fell in love with this remote roadless forest in 2013 and have enjoyed

annual trips back to enjoy similar experiences.  Each time I revisit the same areas

that draw me back year after year, as well as explore new areas I wish to know.

The rugged primitive nature of this roadless area is intriguing the sense of

adventure, exploration, and quite solitude will continue to draw me back.

31.     I am concerned that the air pollution from the coal mine expansion in

the Sunset Roadless Area will negatively impact the air quality here as well as my

health and enjoyment of outdoor recreation.  My favorite time of year to visit is in

the fall.  Walking under the golden, glistening, chattering aspen leaves, hearing the

crunch of recently dropped leaves under my feet, and smelling the crisp fall air is a

favorite thing.  I hope to have this experience this coming year and for years to

come.  I am saddened to think that my trip this year will be marred by the scaring

and bulldozing of exploration that has already taken place and other ground

disturbing activities that are likely to continue this year without an injunction in

place.  I know that my enjoyment of those areas that are now roaded and will be scraped for well pads will never again be the same in my lifetime.  When I visit these lands, my enjoyment of them will be greatly diminished.  It is a loss that sits heavy in my heart.

32.     I am also worried that my use and enjoyment will be harmed due to noise associated with roadless forests being destroyed.  These places are magical and special.  They are truly remote and almost entirely untouched.  I also intend to visit and use lands annually in and near the Sunset Roadless Area generally, as well as West Elks Wilderness, and in the Flatirons and Pilot Knob Roadless Areas to continue hiking, photographing, camping, observing wildlife and wildflowers, as well as contemplate and reflect.

33.     The landscapes in the area provide habitat for bird species ranging from wild turkey to high-elevation dusky grouse.  Exhibit J.  I also greatly enjoy seeing signs of (if not the actual animals themselves) elk, mule deer, and black bear that use and travel through the forests of the Sunset Roadless Area.  I have a strong interest in lynx protection, an imperiled species that Colorado Department of Parks and Wildlife has made efforts to reintroduce.  I have yet to come across a lynx, however, knowing that I am in lynx habitat (as I am when I am in the Sunset

Roadless Area) and that I may come across a lynx gives my hikes in this area a special meaning.

34.     The initial construction activities and the years of active mining will degrade the environment and lessen my enjoyment of these lands.  Tree-cutting, road building, ground clearance, and construction will alter the landscape of the Sunset Roadless Area and surrounding areas that I have used.  These harms will persist for decades.  Road and drilling pad construction for exploration drilling will chainsaw healthy aspen groves, impact ancient spruce stands, flatten drilling pad sites, as well as destroy and fragment habitat for birds, elk, mule deer, black bear, and lynx that use the roadless forest and public lands that I also use in and near this area.  Based on my experience in recreating in both developed and undeveloped landscapes, I believe that wildlife in all of these currently undeveloped areas will be scarcer during, and even after, construction associated with the exploration activities and coal mining of the lease modifications.  As a result, I will be less likely to encounter such animals on my future visits.

35.     As discussed briefly above, my concerns also include the air pollution that will result from activities to expand the West Elk coal mine.  I am aware that ozone, or smog, is a particular threat to my health, forest health, and visibility. Ozone forms when certain pollutants (volatile organic compounds, "VOCs") react

with sunlight.  Ozone is considered a "regional" pollutant and VOC emissions from some distance may contribute to ozone formation in a particular area.  The approved expansion will include emissions of methane, VOCs, and other pollution from the mine's methane venting.  This air pollution, especially when combined with emissions from oil and gas activity that is increasing regionally (and may increase substantially), is likely to worsen smog, further threaten my health and my enjoyment of these remote forests.

36.     As a result of OSM's decisions here, the impacts to the landscape, lights, noise, and traffic that damage my enjoyment of the area that are related to mining operations will continue approximately three years longer than they otherwise would have if OSM had rejected the mine plan modifications.  Moreover, additional harm will be caused due to mining activities taking place in currently roadless forest.  These continued impacts will harm my enjoyment of the roadless area and leaves scars even after the activities conclude that degrade the landscape and will degrade my enjoyment of these currently wild lands.

37.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge, information, and belief.

Executed this __ day of July, 2019, at Crested Butte, Colorado.

Allison N. Melton

## Table of Exhibits

| | |
|---|---|
| Exhibit A | Mount Gunnison |
| Exhibit B | Marcellina and Raggeds |
| Exhibit C | Well pad and development destruction |
| Exhibit D | Hike scenery (Lease Modification COC-1362) |
| Exhibit E | Pink flags and spray paint (Lease Modification COC-1362) |
| Exhibit F | Lupines (on way to Lease Modification COC-67232) |
| Exhibit G | Beaver pond, Mt. Gunnison (on way to Lease Modification COC-67232) |
| Exhibit H | Proposed well pad site (Lease Modification COC-67232) |
| Exhibit I | Slump and views (Lease Modification COC-67232) |
| Exhibit J | Fall dusky grouse (within or on boundary of Lease Modification CO-67232) |

20