# EXHIBIT 29

Declaration of Will Roush (July 2019)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

HIGH COUNTRY CONSERVATION ADVOCATES, et al.,

Plaintiffs,

v.

UNITED STATES OFFICE OF SURFACE MINING, RECLAMATION,
CONTROL AND ENFORCEMENT, et al.

Defendants.

---

**DECLARATION OF WILL ROUSH**

---

I, Will Roush, declare as follows:

    1.    The facts set forth in this declaration are based on my personal knowledge and if called as a witness, I could and would competently testify thereto under oath. As to those matters that reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

    2.    I currently live in Pitkin County. I am the Executive Director of the Wilderness Workshop (WW) and have held this position since 2018, prior to that I worked as the Conservation Director at the same organization. As Executive Director, I am aware of the financial status of the organization.

    3.    Our most recent financial report as of April 2019 shows Total Assets of $866,792.93 of which $ 398,772.94 is in a restricted reserve account, leaving $468,019.99 in our General Operating funds. Our 2019 Budget is $867,450.

4.	Payroll expenses consume 72% of our budget. If we don't have the funds to make payroll, the lives of our staff and their families are significantly adversely impacted, likely resulting in the loss of long-term staff and equivalent loss of institutional capacity and intellectual resources. This in turn would significantly impact our institutional capacity to fulfill our Mission and provide the services our community expects.

5.	The WW Board of Directors has set a fiscal policy goal of maintaining cash reserves equal to 6 months of expenditures to buffer the organization from short-term revenue shortfalls. Six months or fifty percent of our 2019 Budget is $433,396.47.

6.	WW runs on a thin financial margin and doesn't have the ability to post a bond without doing serious and perhaps irreparable harm to the organization's ability to meet its financial obligations to its employees and members and fulfill its Mission.

I DECLARE, under penalty of perjury, that the foregoing is true and correct.

Dated:  July 2, 2019

*Will Roush*

Will Roush