**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-01920-RBJ

WILDEARTH GUARDIANS,
HIGH COUTRY CONSERVATION ADVOCATES,
CNTER FOR BIOLOGICAL DIVERSITY,
SIERRA CLUB, and
WILDERNESS WORKSHOP,

    Petitioners,

v.

DAVID L. BERNHARDT, in his official capacity as United States Secretary of the Interior,
UNITED STATES OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT,
JOSEPH BALASH, in his official capacity as Assistant Secretary of Land and Minerals Management, U.S. Department of Interior,
GLENDA OWENS, in her official capacity as Acting Director of U.S. Office of Surface Mining Reclamation and Enforcement, and
DAVID BERRY, in his official capacity as Regional Director of U.S. Office of Surface Mining Western Region,

    Respondents.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the ORDER [ECF No. 44] of Judge R. Brooke Jackson entered on November 8, 2019, it is

    ORDERED that the federal defendants' March 12, 2019 Record of Decision is remanded for further consideration. It is

FURTHER ORDERED that the federal defendants' March 15, 2019 NEPA Adequacy Review Form, March 15, 2019 Recommendation for Approval, Without Special Conditions of the proposed Mining Plan, and April 19, 2019 Mining Plan Approval are VACATED. It is

FURTHER ORDERED that the intervenor defendants are immediately enjoined from any and all action pursuant to those approvals.

Dated at Denver, Colorado this 8th day of November, 2019.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

J. Dynes
Deputy Clerk