IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-1920-RBJ

WILDEARTH GUARDIANS, *et al.*,

    Petitioners,

v.

DAVID L. BERNHARDT, *et al.*,

    Federal Respondents,

and

MOUNTAIN COAL COMPANY, LLC,

    Intervenor.

**PLAINTIFFS' UNOPPOSED MOTION TO STAY BRIEFING ON PLAINTIFFS' MOTION FOR LITIGATION COSTS AND REASONABLE ATTORNEYS' FEES**

For the reasons stated below, Plaintiff Conservation Groups move this Court to stay briefing on their forthcoming Motion for Litigation Costs and Reasonable Attorneys' Fees to allow Conservation Groups and Federal Defendants time to confer and make a reasonable, good-faith effort to resolve this issue. Conservation Groups' counsel has conferred with Federal Defendants' counsel on the Motion to Stay Briefing, and this Motion is unopposed.

Under the Equal Access to Justice Act ("EAJA"), an application for litigation costs, including attorneys' fees, is due within 30 days of final judgment in an action. 28 U.S.C. § 2412(d)(1)(B). The District Court's final judgment in this case was issued on November 8, 2019. On January 7, 2020, Federal Defendants filed their Notice of Appeal, which it then voluntarily dismissed on February 27, 2020. "[W]here, as here, the government dismisses its own appeal, the

date of dismissal commences the thirty-day period" for seeking attorneys' fees under EAJA. *Pierce v. Barnhart*, 440 F.3d 657, 662 (5th Cir. 2006). As the Supreme Court has explained, "[t]he 30–day EAJA clock begins to run after the time to appeal that "final judgment" has expired. *Melkonyan v. Sullivan*, 501 U.S. 89, 96 (1991). Accordingly, the deadline for Conservation Groups to file this fee petition is March 28, 2020.

In order to comply with EAJA's 30-day deadline for filing a fee motion, Conservation Groups will file a Motion for Litigation Costs and Reasonable Attorneys' Fees today—March 27, 2020—as well as itemized statements of the actual time expended and the rate at which fees were computed, a detailed description of services rendered and the total amount claimed by Conservation Groups. However, the parties seek to stay briefing on the motion in order to allow additional time to confer to reach agreement on the amount of attorneys' fees and costs.

On March 23, 2020, Conservation Groups submitted its litigation costs and attorneys' fees to counsel for Federal Defendants. Federal Defendants have not yet had time to respond to Conservation Groups' fee request or otherwise engage in discussions about the request; however Federal Defendants have indicated their willingness to have these discussions. The parties need additional time to confer and make a reasonable, good-faith effort to determine whether the amount of Conservation Groups' fees and costs can be resolved without involving the Court.

Thus, Conservation Groups respectfully request this Court to stay all briefing on its forthcoming Motion for Litigation Costs and Reasonable Attorneys' Fees. If the Court grants this Motion, the parties will file a joint status report regarding the status of negotiations over Conservation Groups' fees and costs with the Court on or before 60 days after any order granting this Motion, and every 60 days thereafter. If at any point it becomes apparent to the parties that

no agreement will be forthcoming, the parties will submit a proposed briefing schedule for Conservation Groups' Motion for Litigation Costs and Reasonable Attorneys' Fees.

Respectfully submitted,

*s/ Daniel L. Timmons*
Daniel L. Timmons
WildEarth Guardians
301 N. Guadalupe St., Suite 201
Santa Fe, NM 87501
(505) 570-7014
dtimmons@wildearthguardians.org

*s/ Samantha Ruscavage-Barz*
Samantha Ruscavage-Barz
WildEarth Guardians
301 N. Guadalupe St., Suite 201
Santa Fe, NM 87501
(505) 401-4180
sruscavagebarz@wildearthguardians.org

*Attorneys for Plaintiff WildEarth Guardians*

*s/ Nathaniel Shoaff*
Nathaniel Shoaff
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5610
nathaniel.shoaff@sierraclub.org

*Attorney for Plaintiffs High Country Conservation Advocates, Center for Biological Diversity, Sierra Club, and Wilderness Workshop*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing PLAINTIFFS' UNOPPOSED MOTION TO STAY BRIEFING ON PLAINTIFFS' MOTION FOR LITIGATION COSTS AND REASONABLE ATTORNEYS' FEES was served on all counsel of record through the Court's ECF system on this 27th day of March 2020.

/s/ Daniel L. Timmons
*Attorney for Petitioner WildEarth Guardians*