IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-1920-RBJ

WILDEARTH GUARDIANS, *et al.*,

    Petitioners,

v.

DAVID L. BERNHARDT, *et al.*,

    Federal Respondents,

and

MOUNTAIN COAL COMPANY, LLC,

    Intervenor.

## JOINT STATUS REPORT

Pursuant to the Court's June 2, 2020 order, ECF No. 61, Plaintiff Conservation Groups and Federal Defendants submit the following status report.

### Background and Status of Case

The District Court issued its final judgment in this case on November 8, 2019. ECF No. 45. On January 7, 2020, Federal Defendants filed their Notice of Appeal, ECF No. 48, which it then voluntarily dismissed on February 27, 2020. ECF No. 56. Conservation Groups timely filed their Motion for Litigation Costs and Reasonable Attorneys' Fees on March 27, 2020, ECF No. 58. Plaintiffs concurrently filed their Unopposed Motion to Stay Briefing on Plaintiffs' Motion for Litigation Costs and Reasonable Attorneys' Fees, ECF No. 57, which the Court granted on March 30, 2020. ECF No. 59. Pursuit to the Court's order, ECF No. 59, Conservation Groups and Federal Defendants filed a Joint Status Report on June 1, 2020, explaining that fee

negotiations remained ongoing. ECF No. 60. Based on the Parties' mutual request, the Court directed the Parties to file a Joint Status Report by July 31, 2020. ECF No. 61.

On March 23, 2020, Conservation Groups submitted its litigation costs and attorneys' fees to counsel for Federal Defendants. While the negotiations have been delayed by litigation demands in other cases as well as various issues related to the COVID-19 pandemic, the parties remain in active negotiations regarding Conservation Groups' attorneys' fees request. However, the parties need additional time to confer and make a reasonable, good-faith effort to determine whether the amount of Conservation Groups' fees and costs can be resolved without involving the Court.

Thus, Conservation Groups respectfully request this Court to maintain the existing stay of briefing on Plaintiffs' Motion for Litigation Costs and Reasonable Attorneys' Fees. ECF No. 61. The parties will file a joint status report regarding the status of negotiations over Conservation Groups' fees and costs with the Court within 60 days, or by September 28, 2020, and every 60 days thereafter. If at any point it becomes apparent to the parties that no agreement will be forthcoming, the parties will submit a proposed briefing schedule for Conservation Groups' Motion for Litigation Costs and Reasonable Attorneys' Fees.

Respectfully submitted this 31st day of July, 2020,

*s/ Daniel L. Timmons*
Daniel L. Timmons
WildEarth Guardians
301 N. Guadalupe St., Suite 201
Santa Fe, NM 87501
(505) 570-7014
dtimmons@wildearthguardians.org

*s/ Samantha Ruscavage-Barz*
Samantha Ruscavage-Barz
WildEarth Guardians
301 N. Guadalupe St., Suite 201
Santa Fe, NM 87501
(505) 401-4180
sruscavagebarz@wildearthguardians.org

*Attorneys for Plaintiff WildEarth Guardians*

<u>s/ Nathaniel Shoaff</u>
Nathaniel Shoaff
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5610
nathaniel.shoaff@sierraclub.org

*Attorney for Plaintiffs High Country Conservation Advocates, Center for Biological Diversity, Sierra Club, and Wilderness Workshop*


JEAN E. WILLIAMS
Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

<u>s/ Leilani E. Doktor</u>
LEILANI E. DOKTOR
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-0447
Fax: (202) 305-0506
leilani.doktor@usdoj.gov

*Attorney for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing JOINT STATUS REPORT was served on all counsel of record through the Court's ECF system on this 31st day of July 2020.

<u>/s/ Daniel L. Timmons</u>
*Attorney for Petitioner WildEarth Guardians*