IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-1920-RBJ

WILDEARTH GUARDIANS, *et al.*,

    Petitioners,

v.

DAVID L. BERNHARDT, *et al.*,

    Federal Respondents,

and

MOUNTAIN COAL COMPANY, LLC,

    Intervenor.

**ENTERING JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

    On March 27, 2020, Petitioners, Center for Biological Diversity, High Country Conservation Advocates, Sierra Club, WildEarth Guardians, Wilderness Workshop, moved for costs and reasonable attorney fees incurred in this matter pursuant to the Equal Access to Justice Act ("EAJA"). *See* ECF No. 58. Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Federal Defendants made an Offer of Judgment for attorney fees and costs to Petitioners on August 31, 2020 which was accepted by Petitioners on September 8, 2020. *See* Ex. 1.

    Having considered these submissions and the record in this case, it is hereby ORDERED that judgment is entered against Federal Defendants for $50,950.00 as compensation to

Petitioners for all attorneys' fees and costs incurred by Petitioners for the district court proceedings in this action.

      It is further ORDERED that Petitioner relinquishes all claims under EAJA and all other authorities for any and all attorneys' fees and costs incurred by Petitioners for the district court proceedings in this action.

ENTERED this 21st day of September, 2020.

                                                                      _____
                                                                        Honorable R. Brooke Jackson
                                                                        U.S. District Court Judge